830

**Walter D. HART et al.**

v.

**W. M. HARRISON, Trustee, et al.**

No. 6087.

United States Court of Appeals
Tenth Circuit.

Nov. 23, 1959.

W. D. Hart, Pauls Valley, Okl., and George Zolotar, New York, New York, for appellants.

Roy C. Lytle, Bohanon and Barefoot, and Mosteller, Fellers, Andrews & Loving, Oklahoma City, Okl., for appellees.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**Audrey I. CUTTING**

v.

**Mitchel B. JOHNS, Judge in and for the Superior Court, City and County of Denver, et al.**

No. 6204.

United States Court of Appeals
Tenth Circuit.

Dec. 8, 1959.

Before HUXMAN, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

**Audrey I. CUTTING**

v.

**Anthony E. REILLY et al.**

No. 6205.

United States Court of Appeals
Tenth Circuit.

Dec. 8, 1959.

Before HUXMAN, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

**LITVAK MEAT COMPANY, a Colorado corporation,**

v.

**UNITED STATES of America.**

No. 6222.

United States Court of Appeals
Tenth Circuit.

Dec. 5, 1959.

Harry A. Feder, Denver, Colo., for appellant.

Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson, Atty., Department of Justice, Washington, D. C., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties. D.C., 172 F.Supp. 650.